UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SIRRON STAFFORD,<br><br>    Defendant. | ORDER<br><br>S1 20 Cr. 631 (AKH) |

WHEREAS, with defendant Sirron Stafford's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 12, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York

    May 16, 2022

                              /s/ Alvin K. Hellerstein
                              _____
                              HONORABLE ALVIN K. HELLERSTEIN
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK