UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA                    :
                                            :
                                            :   **SCHEDULING ORDER**
         -against-                          :
                                            :   20 Cr. 631 (AKH)
                                            :
                                            :
SIRRON STAFFORD,                            :
                                            :
                            Defendant.      :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing originally scheduled for October 14, 2022, is adjourned to December 1, 2022, at 10:30 a.m.

       SO ORDERED.

Dated:    October 11, 2022        /s Alvin K. Hellerstein
             New York, New York     ALVIN K. HELLERSTEIN
                                           United States District Judge